

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:10cr106 |
| | ) | |
| JULIE ANN MCKENNA, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count One of the Criminal Information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. In early 2009, defendant JULIE ANN MCKENNA met a juvenile, T.L., who was sixteen years old. Both were living in California. At some point, MCKENNA moved to the east coast and began working for a pimp, Marc Shawn Brickhouse. MCKENNA and T.L. occasionally communicated via MySpace and over the phone.

2. In December 2009, T.L. decided to run away from home and requested MCKENNA's help. MCKENNA and T.L. spoke over the phone several times. T.L. first spoke to Brickhouse during one of the calls. Brickhouse and MCKENNA agreed for T.L. to join them. MCKENNA told T.L. that she would fly to California and bring T.L. back to Maryland with her but that T.L. would have to "work" to make money.

3. On or about December 15, 2009, MCKENNA flew from Maryland to California to meet T.L. On the following day, MCKENNA and T.L. boarded a Greyhound bus headed to

1

Rockville, Maryland. Brickhouse gave MCKENNA the money to purchase the airline and bus tickets. When T.L. and MCKENNA arrived at the bus station, they were met by Brickhouse who took them to the Red Roof Inn in Rockville.

4. From in and around late December 2009 through February 2010, Brickhouse and MCKENNA transported T.L. between Maryland, Virginia, and New York to engage in prostitution. Brickhouse and MCKENNA posted prostitution advertisements on www.craigslist.org for T.L. MCKENNA used her Craigslist account to create the ads and Brickhouse paid for them. Brickhouse and MCKENNA decided to use a fake photograph allegedly depicting T.L. in the ads. Brickhouse stated that photos of T.L. looked too young to be posted on Craigslist for prostitution.

5. On three separate occasions, Brickhouse and MCKENNA transported T.L. into the Eastern District of Virginia to engage in prostitution. Specifically, on or about December 29, 2009, Brickhouse and MCKENNA transported T.L. from Rockville, Maryland to the Quality Inn in Woodbridge, Virginia. Then, on or about January 5, 2010, Brickhouse and MCKENNA transported T.L. from Rockville, Maryland to the Quality Inn in Woodbridge, Virginia. Finally, on or about February 20, 2010, Brickhouse and MCKENNA transported T.L. from Long Island, New York to the Residence Inn in Woodbridge, Virginia.

6. On each occasion, Brickhouse, MCKENNA, and T.L. would stay at the hotels for an extended period of time during which T.L. and MCKENNA engaged in sex with clients for money. Brickhouse would leave the hotel room while they met with clients. After the client would leave, T.L. would provide the money to Brickhouse. T.L. was also prostituted in Maryland and in New York.

7. On or about February 21, 2010, while still at the Residence Inn in Woodbridge, MCKENNA, Brickhouse, and T.L. had an argument. When Brickhouse and MCKENNA went to another area of the hotel room, T.L. ran to a nearby Babies R Us store. A store employee contacted the police, who later arrived and recovered T.L.

8. The acts taken by the defendant, JULIE ANN MCKENNA, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities. The defendant further acknowledges that she is obligated under her plea agreement to provide additional information about this case beyond that which is described in this statement of facts.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *(signature)*
Patricia T. Giles
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Julie Ann McKenna, and the United States, I hereby stipulate that the

above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Julie Ann McKenna

I am Julie Ann McKenna's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Jeremy C. Kamens, Esquire
Attorney for Julie Ann McKenna